**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────────

**No. 22-6728**

───────────────

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

RODNEY WILSON,

        Defendant - Appellant.

───────────────

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Norman K. Moon, Senior District Judge.  (4:03-cr-70134-NKM-3)

───────────────

Submitted:  November 17, 2022                    Decided:  November 23, 2022

───────────────

Before KING, QUATTLEBAUM, and RUSHING, Circuit Judges.

───────────────

Affirmed by unpublished per curiam opinion.

───────────────

Rodney Wilson, Appellant Pro Se.  Jennifer R. Bockhorst, Assistant United States Attorney, OFFICE OF THE UNITED STATES ATTORNEY, Abingdon, Virginia, for Appellee.

───────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rodney Wilson appeals the district court's order denying Wilson's motions to (a) reconsider the court's prior order granting Wilson a sentence reduction pursuant to § 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194; (b) reduce the forfeiture judgment; and (c) appoint counsel. Upon review of the record, we discern no error or abuse of discretion in the challenged rulings. Accordingly, we affirm the district court's order. *United States v. Wilson*, No. 4:03-cr-70134-NKM-3 (W.D. Va. June 3, 2022). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*